IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-11766 |
| | ) | |
| MURIAL P. NOVY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF
## FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

Name of Applicant:                     FrankGecker, LLP

Authorized to Provide                  Frances F. Gecker, Chapter 7 Trustee of the Estate of
Professional Services to:              Murial P. Novy

Period for Which                       April 27, 2011 through March 30, 2013
Compensation is Sought:

Amount of Fees Sought:                        $1,720.00

Amount of Expense                          $    0.00
Reimbursement Sought:

This is a:                             First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{NOVY/001/00029328.DOC/}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) No. 11-11788 |
| | ) |
| MURIAL P. NOVY, | ) Chapter 7 |
| | ) |
| Debtor. | ) Honorable Jack B. Schmetterer |
| | ) |
| | ) Hearing Date: May 28, 2013 |
| | Hearing Time: 9:30 a.m. |
| | Room: 682 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **May 28, 2013**, at **9:30 a.m.**, we shall appear before the Honorable Jack B. Schmetterer, or such other judge as may be sitting in his stead, in Courtroom 682 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of Murial P. Novy, for Compensation and Reimbursement of Expenses.**

Dated: April 25, 2013

Respectfully submitted,

FRANK/GECKER LLP

By: ___/s/ Zane L. Zielinski___
One of its attorneys

Zane L. Zielinski (IL ARDC #6278776)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-11766 |
| | ) | |
| MURIAL P. NOVY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |

**FIRST AND FINAL APPLICATION OF FRANKGECKER LLP AS COUNSEL TO
FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF
MURIAL P. NOVY FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee"), of the estate of Murial P. Novy (the "Debtor"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation for legal services performed as counsel to the Trustee during the period of April 27, 2011 through and including March 29, 2013 (the "Application Period") and reimbursement of expenses incurred in connection with those services. In support of the Application, Frank/Gecker LLP respectfully represents as follows:

## JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. Consideration of the motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (M) and (O). The statutory basis for this Motion is 11 U.S.C. § 363.

## INTRODUCTION

1. On March 21, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the

{NOVY/001/00029328.DOC/}

United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Frances Gecker ("Trustee") is the duly appointed and qualified Chapter 7 Trustee of the Case.

3. The Trustee chose FrankGecker LLP ("FG") as her counsel in the Case. On September 27, 2011, this Court entered an order authorizing the Trustee to retain FG and Mr. Zielinski as her counsel retroactive to April 27, 2011.

4. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

5. The assets of this case consist of the Debtor's real property located at 206 E. Council Trail, Mount Prospect, Illinois 60056 (the "Real Estate"). Upon approval of this Court, the Trustee sold the estate's interest to the Debtor for $6,000.00.

6. This Application seeks allowance of all fees and expenses incurred by FG from April 27, 2011 through and including March 29, 2013. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

## I. SERVICES PERFORMED

### A. Administration                                                    $125.00

FG spent .50 hours at a cost of **$125.00** on issues relating to the administration of the bankruptcy case, including correspondence with the Debtor's attorney, requesting documentation

and information on the Debtor's assets and finances, and communications with the Trustee's accountant on issues regarding tax return requirements.

**B.    Claims                                                              $90.00**

FG spent **.40** hours at a cost of **$90.00** during the Application Period on issues relating to reviewing claims and determining the validity and extent of claims filed by creditors in this Case.

**C.    Retention of Professionals/Fee Applications                         $660.00**

FG spent **3.30** hours at a cost of **$660.00** on issues relating to drafting, filing and appearing in court to employ Trustee's counsel, accountant, and real estate broker in connection with the sale of the Real Estate.

**D.    Sale of Assets                                                      $845.00**

FG spent **3.60** hours at a cost of **$845.00** on issues relating to negotiations with the Debtor and Debtor's attorney in connection with the sale of the estate's interest in the Real Estate to the Debtor for $6,000.00.

**II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

Zane L. Zielinski (ZLZ) is an associate at Frank/Gecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

William G. Cross (WC) was an associate at Frank/Gecker LLP. Mr. Cross is a 2009 graduate of Loyola University Chicago School of Law. Mr. Cross specializes in bankruptcy law and has represented trustees and creditors in bankruptcy cases.

### III. CALCULATION OF TIME AND FEES

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from April 27, 2011 through and including March 29, 2013. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of 7.80 hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of $1,720.00 for actual, necessary legal services performed (**Exhibit A**). The average hourly rate is $220.51. In addition, FG has expended the sum of **$0.00** for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by Frank/Gecker LLP on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used four categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, Frank/Gecker LLP respectfully requests that this Court enter an Order:

A.    Allowing Frank/Gecker LLP compensation for actual, necessary legal services in the amount of $1,720.00; and

B.  Authorizing the Trustee to pay Frank/Gecker LLP compensation and expense reimbursement in the total amount of $1,720.00.

Dated: April 1, 2013

Respectfully submitted,

FRANCES GECKER, not individually but as Chapter 7 Trustee of the bankruptcy estate of MURIAL P. NOVY

By: /s/   *Zane L. Zielinski*
       One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com