UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NOVY, MURIAL P | § | Case No. 11-11766 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/28/2013 in Courtroom 682,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/25/2013          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
NOVY, MURIAL P § Case No. 11-11766
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.12 |
| and approved disbursements of | $ | 17.40 |
| leaving a balance on hand of[1] | $ | 5,982.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,350.01 | $ 0.00 | $ 1,350.01 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 1,720.00 | $ 0.00 | $ 1,720.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 868.20 | $ 0.00 | $ 868.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 13.30 | $ 0.00 | $ 13.30 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,951.51 |
| Remaining Balance | $ 2,031.21 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,646.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, NA AS SUCCESSOR TO | $ 9,261.26 | $ 0.00 | $ 1,202.31 |
| 000002 | CHASE BANK USA, N.A. | $ 4,792.44 | $ 0.00 | $ 622.16 |
| 000003 | CHASE BANK USA, N.A. | $ 607.04 | $ 0.00 | $ 78.81 |
| 000004 | CHASE BANK USA, N.A. | $ 240.57 | $ 0.00 | $ 31.23 |
| 000005 | CAPITAL ONE, N.A. | $ 744.91 | $ 0.00 | $ 96.70 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,031.21 |
| | Remaining Balance | | $ | 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/Frances Gecker
                 Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                       Case No. 11-11766-JBS
Murial P Novy                                                Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1         User: lkorotko              Page 1 of 2       Date Rcvd: Apr 26, 2013
                             Form ID: pdf006             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2013.
db           +Murial P Novy,    206 E Council Trail,    Mount Prospect, IL 60056-3832
aty          +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
16991954      Arlington Eye Surgeons,    1604 A W Central Rd,    Arlington Heights, IL 60005-2407
16991955     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,     Po Box 26012,   Greensboro, NC 27420-6012
16991957    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,      Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
18052537     +Capital One, N.A.,    c/o Creditors Bankrupcty Service,     P.O. Box 740933,   Dallas, TX 75374-0933
16991959     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16991958     +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
16991961     +Chase - Toys R Us,    Po Box 15298,    Wilmington, DE 19850-5298
18045238      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16991962     +Chase Mtg,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
16991963     +Corporate America Fcu,    2075 Big Timber Rd,    Elgin, IL 60123-1140
18005623      FIA CARD SERVICES, NA as successor to,    Bank of America, NA (USA) and,    MBNA America Bank, NA,
               PO Box 15102,    Wilmington, DE 19886-5102
16991964     +Greensboro Service Center,    PO Box 30557,    Salt Lake City, UT 84130-0557
16991966     +Northwest Community Hospital,    800 West Central Road,    Arlington Heights, IL 60005-2392
16991967     +West Asset Managment,    Dept 11576,    Po Box 1259,    Oaks, PA 19456-1259

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16991963     +E-mail/Text: collections@cafcu.org Apr 26 2013 22:06:42      Corporate America Fcu,
               2075 Big Timber Rd,    Elgin, IL 60123-1140
16991965     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 26 2013 22:00:18      Kohls,   Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Frank/Gecker LLP
16991960*      +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
16991956     ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
                                                                                TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2013**               **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1          User: lkorotko              Page 2 of 2                  Date Rcvd: Apr 26, 2013
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2013 at the address(es) listed below:
          Douglas W. Worrell    on behalf of Debtor Murial P Novy bk@thelawoffice.us,
           dartanion1600@gmail.com
          Frances  Gecker    on behalf of Accountant Alan D Lasko & Associates fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                                                                     TOTAL: 5