UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
NOVY, MURIAL P                              §         Case No. 11-11766
                                            §
          Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arlington Eye Surgeons 1604 A W Central Rd Arlington Heights, IL 60005-2407 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Corporate America Fcu 2075 Big Timber Rd Elgin, IL 60123 | | | | | |
| | Greensboro Service Center PO Box 30557 Salt Lake City, UT 84130 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Northwest Community Hospital 800 West Central Road Arlington Heights, IL 60005 | | | | | |
| 000005 | CAPITAL ONE, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | FIA CARD SERVICES, NA AS SUCCESSOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-11766 | JBS | Judge: Jack B. Schmetterer |
|---|---|---|---|
| Case Name: | NOVY, MURIAL P | | |

| Trustee Name: | Frances Gecker |
|---|---|
| Date Filed (f) or Converted (c): | 03/21/11 (f) |
| 341(a) Meeting Date: | 04/27/11 |
| Claims Bar Date: | 01/24/12 |

For Period Ending: 07/10/13

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 206 E COUNCIL TRAIL, MOUNT PROSPECT, IL 60056 PERS  Debtor Claimed Exemption | 235,000.00 | 0.00 | | 6,000.00 | FA | 175,000.00 | 30,000.00 |
| 2. CASH  Cash on hand or in possession  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 3. FINANCIAL ACCOUNTS  TCF checking account ending iin 0542  Debtor Claimed Exemption | 197.13 | 0.00 | | 0.00 | FA | 0.00 | 197.13 |
| 4. FINANCIAL ACCOUNTS  TCF Savings Account #0630  Debtor Claimed Exemption | 9.52 | 4.52 | | 0.00 | FA | 0.00 | 5.00 |
| 5. FINANCIAL ACCOUNTS  Chase 4026  Debtor Claimed Exemption | 73.21 | 0.00 | | 0.00 | FA | 0.00 | 73.21 |
| 6. HOUSEHOLD GOODS  Miscellaneous well used furnishings. Nothing newer than 20 years old. Very little value.  Debtor Claimed Exemption | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |
| 7. HOUSEHOLD GOODS  40 year old Wurlitzer organ, needs repair. Attempted to sell, would probably need to pay to have it removed. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.02e

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-11766 | JBS | Judge: Jack B. Schmetterer |
|---|---|---|---|
| Case Name: | NOVY, MURIAL P | | |

| Trustee Name: | Frances Gecker |
|---|---|
| Date Filed (f) or Converted (c): | 03/21/11 (f) |
| 341(a) Meeting Date: | 04/27/11 |
| Claims Bar Date: | 01/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 8. WEARING APPAREL<br>Regular and necessary clothing<br>Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 9. FURS AND JEWELRY<br>Very small engagement and wedding ring<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 10. PENSION / PROFIT SHARING<br>IRA at TCF ending in #9761<br>Debtor Claimed Exemption | 42,600.00 | 0.00 | | 0.00 | FA | 0.00 | 42,600.00 |
| 11. LIQUIDATED CLAIMS<br>2010 Taxes not filed but only 680.00 paid in in taxes. Debtor anticipates owing taxes. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. CONTINGENT CLAIMS<br>Insurance claim submitted for recent vandalism to parked/stored RV. Unknown value. Funds should be committed to repair of the assets (listed on this schedule) or the asset should be diminished in value to reflect the sustained damage. | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. VEHICLES<br>1995 Taurus with 73,000 miles condition 2,325.00<br>Debtor Claimed Exemption | 2,325.00 | 0.00 | | 0.00 | FA | 0.00 | 2,325.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 11-11766 | JBS | Judge: Jack B. Schmetterer |
|---|---|---|---|
| Case Name: | NOVY, MURIAL P | | |

| Trustee Name: | Frances Gecker |
|---|---|
| Date Filed (f) or Converted (c): | 03/21/11 (f) |
| 341(a) Meeting Date: | 04/27/11 |
| Claims Bar Date: | 01/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 14. VEHICLES<br>1988 Gulf Stream 34' Class A Motorhome. with 75,000 miles. Not run for two years. Bad roof and a/c but good motore. Recently vandalized with serious damage, and insurance claim pending. | 2,500.00 | 2,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. VEHICLES<br>1996 Ford E150 conversion van with 77,000 miles<br>Debtor Claimed Exemption | 2,450.00 | 5.00 | | 0.00 | FA | 0.00 | 2,445.00 |
| 16. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.12 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $286,504.86 | $2,509.52 | | $6,000.12 | Gross Value of Remaining Assets $0.00 | $175,000.00 | $78,995.34 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT IN THIS CASE.

Initial Projected Date of Final Report (TFR): 01/30/12    Current Projected Date of Final Report (TFR): 04/05/13

/s/    Frances Gecker
_____  Date: 07/10/13
     FRANCES GECKER

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-11766 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | NOVY, MURIAL P | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5731 MONEY MARKET |
| Taxpayer ID No: | *******3973 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  10/14/11 | 1 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | SALE OF INTEREST IN REAL ESTATE | 1110-000 | 6,000.00 | | 6,000.00 |
| C  10/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 6,000.02 |
| C  11/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.07 |
| C  11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.40 | 5,992.67 |
| C  12/29/11 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,992.72 |
| C t  12/29/11 | | Transfer to Acct #*******2129 | Bank Funds Transfer | 9999-000 | | 5,992.72 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.12 | 6,000.12 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,992.72 | |
| Subtotal | 6,000.12 | 7.40 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.12 | 7.40 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals   6,000.12   6,000.12

Ver: 17.02e

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-11766 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | NOVY, MURIAL P | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2129  GENERAL CHECKING |
| Taxpayer ID No: | *******3973 | | |
| For Period Ending: | 07/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  12/29/11 | | Transfer from Acct #*******5731 | Bank Funds Transfer | 9999-000 | 5,992.72 | | 5,992.72 |
| C t  02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 5,992.72 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,992.72 | 5,992.72 | 0.00 |
| Less: Bank Transfers/CD's | 5,992.72 | 5,992.72 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals       5,992.72       5,992.72

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-11766 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | NOVY, MURIAL P | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7193  GENERAL CHECKING |
| Taxpayer ID No: | *******3973 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,992.72 | | 5,992.72 |
| C  03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 4.88 | 5,987.84 |
| C  03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 5.12 | 5,982.72 |
| * C  04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-003 | | 10.00 | 5,972.72 |
| * C  04/17/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE  The Bank reversed their service fee. | 2600-003 | | -10.00 | 5,982.72 |
| C  05/29/13 | 010000 | FRANCES GECKER  FRANK/GECKER LLP  325 N. LaSalle Street, Suite 625  Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.01 | 4,632.71 |
| C  05/29/13 | 010001 | ALAN D. LASKO & ASSOCIATES, P.C.  29 SOUTH LASALLE STREET  SUITE 1240  CHICAGO, ILLINOIS  60603     Fees          868.20   Expenses       13.30 | Accountant for Trustee Fees (Other   3410-000  3420-000 | | | 881.50 | 3,751.21 |
| C  05/29/13 | 010002 | FRANKGECKER LLP  325 N. LaSalle Street  Suite 625  Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,720.00 | 2,031.21 |

Page Subtotals     5,992.72     3,961.51

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-11766 -JBS | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | NOVY, MURIAL P | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7193 GENERAL CHECKING |
| Taxpayer ID No: | *******3973 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/29/13 | 010003 | FIA CARD SERVICES, NA AS SUCCESSOR TO BANK OF AMERICA, NA (USA) AND MBNA AMERICA BANK, NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000001, Payment 12.98% | 7100-000 | | 1,202.31 | 828.90 |
| C 05/29/13 | 010004 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000002, Payment 12.98% | 7100-000 | | 622.16 | 206.74 |
| C 05/29/13 | 010005 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 12.98% | 7100-000 | | 78.81 | 127.93 |
| C 05/29/13 | 010006 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000004, Payment 12.98% | 7100-000 | | 31.23 | 96.70 |
| C 05/29/13 | 010007 | CAPITAL ONE, N.A.<br>C/O CREDITORS BANKRUPCTY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Claim 000005, Payment 12.98% | 7100-000 | | 96.70 | 0.00 |

Page Subtotals 0.00 2,031.21

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-11766 -JBS |
| Case Name: | NOVY, MURIAL P |
| Taxpayer ID No: | *******3973 |
| For Period Ending: | 07/10/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7193  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,992.72 | 5,992.72 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 5,992.72 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,992.72 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,992.72 | |

\* Reversed
t Funds Transfer
C Bank Cleared

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5731 | 6,000.12 | 7.40 | 0.00 |
| GENERAL CHECKING - ********2129 | 0.00 | 0.00 | 0.00 |
| GENERAL CHECKING - ********7193 | 0.00 | 5,992.72 | 0.00 |
| | 6,000.12 | 6,000.12 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature:  /s/  Frances Gecker   Date: 07/10/13
FRANCES GECKER

Page Subtotals    0.00    0.00

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*